BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-12-298 LKK |
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE/PLEA, |
| v. | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| SERGIO ADRIAN RAMIREZ | DATE: September 25, 2012 |
| Defendant. | TIME: 9:15 a.m. |
| | CTRM: Hon. Lawrence K. Karlton |

On August 28, 2012, the Court held a status conference in this case.  Assistant United States Attorney William S. Wong appeared on behalf of plaintiff, United States of America.  Gilbert Roque, Esq., appeared with defendant SERGIO ADRIAN RAMIREZ, who was in custody.

At the joint request of the defendant, this Court granted a continuance for further status conference to September 25, 2012, at 9:15 a.m.  At the request of all parties, the Court further excluded time from August 28, 2012, to, and including, September 25, 2012, from computation of time within which the trial of this must be

///

///

1

commenced pursuant Local Code T4 (give the parties reasonable time to prepare).

DATED:                          BENJAMIN W. WAGNER
                                United States Attorney

                          By:   /s/ William S. Wong
                                WILLIAM S. WONG
                                Assistant U.S. Attorney

<u>O R D E R</u>

IT IS HEREBY ORDERED that:

(1) A further status conference in this case is set for September 25, 2012, at 9:15 a.m.; and

(2) Time is excluded from calculation under the Speedy Trial Act up to, and including, September 25, 2012, at 9:15 a.m. The Court finds the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED

DATED: September 25, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT