```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CR. NO. S-12-298 LKK
                                   )
12         Plaintiff,               )  ORDER RE: SCHEDULING
                                   )  STATUS CONFERENCE/PLEA,
13     v.                          )  AND EXCLUDING TIME UNDER
                                   )  THE SPEEDY TRIAL ACT
14  SERGIO ADRIAN RAMIREZ           )
                                   )  DATE: October 30, 2012
15         Defendant.               )  TIME: 9:15 a.m.
    _____)  CTRM: Hon. Lawrence K. Karlton
16
```

17      On September 25, 2012, the Court held a status conference in
18 this case.  Assistant United States Attorney William S. Wong
19 appeared on behalf of plaintiff, United States of America.  Gilbert
20 Roque, Esq., appeared with defendant SERGIO ADRIAN RAMIREZ, who was
21 in custody.
22      At the request of the defendant, this Court granted a
23 continuance for further status conference to October 30, 2012, at
24 9:15 a.m.  Counsel for the defendant advised the court that he needs
25 additional time to investigate the case and to review discovery.  At
26 the request of all parties, the Court further excluded time from
27 September 25, 2012, to, and including, October 30, 2012, from
28 computation of time within which the trial of this must be commenced

1  pursuant Local Code T4 (give the parties reasonable time to
2  prepare). The Court finds that the interest of justice served by
3  granting this continuance outweigh the best interest of the public
4  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6  DATED:                             BENJAMIN W. WAGNER
                                      United States Attorney

8                                By: /s/ William S. Wong
                                     WILLIAM S. WONG
9                                    Assistant U.S. Attorney

11                    O R D E R

12 IT IS SO ORDERED

13 DATED: October 15, 2012

15            LAWRENCE K. KARLTON
              SENIOR JUDGE
16            UNITED STATES DISTRICT COURT