UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Sergio Adrian Ramirez,<br><br>               Defendant. | No. 2:12-cr-00298-KJM-1 |
| Sergio Adrian Ramirez,<br><br>               Petitioner,<br><br>   v.<br><br>Arinda Phillips, et al.,<br><br>              Respondents. | No. 2:23-cv-02911-KJM-JDP<br><br>**RELATED CASE ORDER** |

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim." Local Rule 123(a)(1). The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the

1

1 | actions.  Here, because both actions are already pending before the undersigned, no further action
2 | shall be taken.
3 |         IT IS SO ORDERED.
4 | DATED: January 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE